UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES FOR THE USE OF Plaintiff RESOURCE ENVIRONMENTAL, INC., a California corporation,<br><br>      Plaintiff,<br>  v.<br><br>ENVIRONMENTAL REMEDIATION SERVICES, INC., a New York corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; WALSH / DEMARIA JOINT VENTURE V, a joint venture; WALSH CONSTRUCTION COMPANY, a Illinois corporation; DEMARIA BUILDING COMPANY, INC., a Michigan corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 100,<br><br>      Defendants. | Case No.: 14-CV-00798-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Scott Schaelen
Defendants' Attorneys:
- Edward Sheats for Environmental Remediation Services, Inc.; and International Fidelity Insurance Co.
- John Morrow for Walsh /Demaria Joint Venture V; Walsh Construction Co.; Demaria Building Co.
- Natalie Kellogg for Travelers Casualty and Surety Co.; and Liberty Mutual Insurance Co.

  A case management conference was held on November 5, 2014. A further case management conference is set for February 18, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement ("JCMS") by February 11, 2015.

1

Case No.: 14-CV-00798-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

DEADLINE TO EXCHANGE INITIAL DISCLOSURES is November 26, 2014

FACT DISCOVERY CUTOFF is April 17, 2015

EXPERT DISCOVERY:

    Opening Reports:    May 15, 2015
    Rebuttal Reports:    June 12, 2015
    Cutoff:    July 10, 2015

DISPOSITIVE MOTIONS shall be filed by July 30, 2015. Oppositions shall be filed by August 27, 2015. Replies shall be filed by September 17, 2015. Dispositive motions shall be set for hearing no later than October 15, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is January 28, 2016 at 1:30 p.m.

JURY TRIAL: February 8, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 5 days

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge