United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RESOURCE ENVIRONMENTAL INC, <br><br> Plaintiff, <br><br> v. <br><br> ENVIRONMENTAL REMEDIATION SERVICES INC, et al., <br><br> Defendants. | Case No.  14-CV-00798-LHK <br><br> **ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for February 18, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, February 17, 2015, at 9 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: February 12, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-00798-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT