UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RESOURCE ENVIRONMENTAL INC,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL REMEDIATION SERVICES INC, et al.,<br>Defendants. | Case No.  14-CV-00798-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for February 18, 2015, at 2 p.m, is hereby continued to March 25, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 18, 2015.

**IT IS SO ORDERED**.

Dated: February 17, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-cv-00798-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE