UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RESOURCE ENVIRONMENTAL INC, <br><br> Plaintiff, <br><br> v. <br><br> ENVIRONMENTAL REMEDIATION SERVICES INC, et al., <br><br> Defendants. | Case No.: 14-CV-00798-LHK <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Re: Dkt. No. 87 |

Pursuant to the parties' stipulation of dismissal without prejudice and tolling agreement, ECF No. 87, this matter is hereby DISMISSED without prejudice subject to the tolling agreement as described in the stipulation. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-00798-LHK
ORDER GRANTING STIPULATION OF DISMISSAL